**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 7 |
| **RANDALL D. SHIELDS AND BONNIE K. SHIELDS**, | Bankruptcy No. 15-28369 |
| Debtors. | Honorable Pamela S. Hollis |

**TRUSTEE'S CERTIFICATE OF SERVICE FOR**
**NOTICE OF TRUSTEE'S FINAL REPORT**

I, Zane L. Zielinski, caused a copy of the foregoing *Notice of Trustee's Final Report and Applications for Compensation (Docket #46)* to be served electronically through the Court's Electronic Notice for Registrants on all persons identified as Registrants on the Service List below and by U.S. mail on the creditors at the address shown below on August 15, 2017.

Dated: August 22, 2017

**Zane L. Zielinski,** not individually but as the chapter 7 trustee of the bankruptcy estate of **Randall D. Shields and Bonnie K. Shiels,**

By: /s/ Zane L. Zielinski
Bankruptcy Trustee

Zane L. Zielinski (6278776)
**THE LAW OFFICE OF**
 **ZANE L. ZIELINSKI, P.C.**
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
d.  773-877-3191
f.  815-846-8516
e.  trustee@zanezielinski.com

**Mailing Information for Case 15-28369**

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Sarah E Barngrover     amps@manleydeas.com
- Ronald D Cummings     bankruptcylawyer@sbcglobal.net, atty_cummings@bluestylus.com
- Ariane Holtschlag     aholtschlag@wfactorlaw.com, bharlow@wfactorlaw.com;gsullivan@ecf.inforuptcy.com
- Patrick S Layng     USTPRegion11.ES.ECF@usdoj.gov
- Keith Levy     amps@manleydeas.com
- 

**VIA US MAIL**


**Bank Of America**
P.O. Box 982236
El Paso, TX 79998

**Capital One Bank (USA), N.A**.
PO Box 71083
Charlotte, NC 28272-1083

**Central Professional Group**
c/o Collection Professionals Inc.
723 First St.
LaSalle, IL 61301

**Chase Card**
Po Box 15298
Wilmington, DE 19850

**Chase Manhattan Mortgage**
Attn: Bankruptcy Dept
3415 Vision Dr
Columbus, OH 43219

**Comenity Bank/carsons**
3100 Easton Square Pl
Columbus, OH 43219

**Discover Bank**
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

**GECRB/Care Credit**
Attn: bankruptcy
Po Box 103104
Roswell, GA 30076

**Ginny's**
1112 7th Avenue
Monroe, WI 53566-1364

**IC System**
Attn: Bankruptcy
444 Highway 96 East; Po Box 64378
St. Paul, MN 55164

**Newsome & Assoc. Ltd.**
c/o Collection Professionals Inc.
723 First St.
LaSalle, IL 61301

**PYOD, LLC its successors and assigns as assignee**
of Citibank, N.A.
Resurgent Capital Services
PO Box 19008
Greenville, SC 29602

**Quantum3 Group LLC as agent for**
MOMA Funding LLC
PO Box 788
Kirkland, WA 98083-0788

**Syncb/ashley Homestore**
950 Forrer Blvd
Kettering, OH 45420

**Wells Fargo**
PO Box 660431
Dallas, TX 75266-0431

**Wffnatbank**
Cscl Dispute Team
Des Moines, IA 50306

**Randall D Shields**
**Bonnie K. Shields**
430 N. Van Horn
Braceville, IL 60407