UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Randall D Shields | § | Case No. 15-28369 |
| Bonnie K Shields | § | |
| | § | |
| | § | |
| Debtors | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Zane L. Zielinski, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 102,098.04                     Assets Exempt: 11,300.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 3,779.06       Claims Discharged
                                                 Without Payment: 212,248.80

Total Expenses of Administration: 1,720.94

---

3) Total gross receipts of $ 5,500.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 5,500.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 146,745.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,370.94 | 1,720.94 | 1,720.94 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 60,945.32 | 33,080.54 | 33,080.54 | 3,779.06 |
| **TOTAL DISBURSEMENTS** | $ 207,690.32 | $ 34,451.48 | $ 34,801.48 | $ 5,500.00 |

4) This case was originally filed under chapter 7 on 08/19/2015 . The case was pending for 27 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/06/2017          By:/s/Zane L. Zielinski, Trustee
                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Sale Proceeds from Sale of 2002 Malibu Boat | 1229-000 | 3,500.00 |
| Preferential transfer to Daniel Shields. | 1241-000 | 2,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 5,500.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ally Financial Attn: Bankruptcy Po Box 130424 Roseville, MN 55113 | | 12,163.00 | NA | NA | 0.00 |
| | Bank Of America P.O. Box 982236 El Paso, TX 79998 | | 8,631.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Manhattan Mortgage Attn: Bankruptcy Dept 3415 Vision Dr Columbus, OH 43219 | | 125,951.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 146,745.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Zane L. Zielinski, Trustee | 2100-000 | NA | 1,300.00 | 1,300.00 | 1,300.00 |
| Zane L. Zielinski, Trustee | 2200-000 | NA | 40.94 | 40.94 | 40.94 |
| Associated Bank | 2600-000 | NA | 30.00 | 30.00 | 30.00 |
| United States Bankruptcy Court | 2700-000 | NA | 0.00 | 350.00 | 350.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **$ NA** | **$ 1,370.94** | **$ 1,720.94** | **$ 1,720.94** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ars 1801 Nw 66th Ave Fort Lauderdal, FL 33313 | | 864.00 | NA | NA | 0.00 |
| | Ars Account Resolution 1801 Nw 66th Ave Fort Lauderdal, FL 33313 | | 864.00 | NA | NA | 0.00 |
| | Cda/pontiac Attn:Bankruptcy Po Box 213 Streator, IL 61364 | | 176.00 | NA | NA | 0.00 |
| | Chase Card Po Box 15298 Wilmington, DE 19850 | | 3,375.00 | NA | NA | 0.00 |
| | Citibank Citicorp Credit Services/Attn: Centraliz Po Box 790040 Saint Louis, MO 63179 | | 9,548.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Collection Prof/lasalle Po Box 416 La Salle, IL 61301 | | 651.00 | NA | NA | 0.00 |
| | Comenity Bank/carsons 3100 Easton Square Pl Columbus, OH 43219 | | 2,223.00 | NA | NA | 0.00 |
| | Comenity Bank/vctrssec Po Box 182789 Columbus, OH 43218 | | 738.00 | NA | NA | 0.00 |
| | Consumer Adjustment Co 12855 Tesson Ferry Rd Saint Louis, MO 63128 | | 246.00 | NA | NA | 0.00 |
| | First Premier Bank 3820 N Louise Ave Sioux Falls, SD 57107 | | 714.00 | NA | NA | 0.00 |
| | First Premier Bank 3820 N Louise Ave Sioux Falls, SD 57107 | | 11.00 | NA | NA | 0.00 |
| | GECRB/Care Credit Attn: bankruptcy Po Box 103104 Roswell, GA 30076 | | 5,397.00 | NA | NA | 0.00 |
| | GECRB/JC Penny Attention: Bankruptcy Po Box 103104 Roswell, GA 30076 | | 98.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ginny's 1112 7th Avenue Monroe, WI 53566-1364 | | 1,201.32 | NA | NA | 0.00 |
| | IC System Attn: Bankruptcy 444 Highway 96 East; Po Box 64378 St. Paul, MN 55164 | | 1,151.00 | NA | NA | 0.00 |
| | Kohls/capone N56 W 17000 Ridgewood Dr Menomonee Falls, WI 53051 | | 630.00 | NA | NA | 0.00 |
| | Mabt/contfin 121 Continental Dr Ste 1 Newark, DE 19713 | | 574.00 | NA | NA | 0.00 |
| | Med Business Bureau Po Box 1219 Park Ridge, IL 60068 | | 900.00 | NA | NA | 0.00 |
| | Med Business Bureau Po Box 1219 Park Ridge, IL 60068 | | 750.00 | NA | NA | 0.00 |
| | Med Business Bureau Po Box 1219 Park Ridge, IL 60068 | | 1,050.00 | NA | NA | 0.00 |
| | Med Business Bureau Po Box 1219 Park Ridge, IL 60068 | | 1,050.00 | NA | NA | 0.00 |
| | National Recovery Agen 2491 Paxton St Harrisburg, PA 17111 | | 106.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Stellar Recovery Inc 4500 Salisbury Rd Ste 10 Jacksonville, FL 32216 |  | 196.00 | NA | NA | 0.00 |
|  | Syncb/ashley Homestore 950 Forrer Blvd Kettering, OH 45420 |  | 2,863.00 | NA | NA | 0.00 |
|  | Tate & Kirlin Assoc 2810 Southhampton Rd Philadelphia, PA 19154 |  | 826.00 | NA | NA | 0.00 |
| 5 | Atul Sheth Md | 7100-000 | NA | 646.00 | 646.00 | 73.80 |
| 4 | Capital One Bank (Usa), N.A. | 7100-000 | 326.00 | 232.33 | 232.33 | 26.54 |
| 12 | Capital One, N.A. | 7100-000 | 2,726.00 | 1,427.85 | 1,427.85 | 163.11 |
| 8 | Central Professional Group | 7100-000 | NA | 200.00 | 200.00 | 22.85 |
| 1 | Discover Bank | 7100-000 | 11,439.00 | 14,484.37 | 14,484.37 | 1,654.67 |
| 10 | Harshavadan Vyas Md,Facog | 7100-000 | NA | 147.40 | 147.40 | 16.84 |
| 11 | John M. Lancaster, Od | 7100-000 | NA | 73.00 | 73.00 | 8.34 |
| 9 | Kanchana Esariya-Umpai Md | 7100-000 | NA | 152.10 | 152.10 | 17.38 |
| 7 | Newsome & Assoc. Ltd. | 7100-000 | NA | 205.00 | 205.00 | 23.42 |
| 6 | Patterson Dental Cntr. | 7100-000 | NA | 436.00 | 436.00 | 49.81 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Pyod, Llc Its Successors And Assigns As Assignee | 7100-000 | 9,678.00 | 9,836.99 | 9,836.99 | 1,123.76 |
| 2 | Quantum3 Group Llc As Agent For | 7100-000 | NA | 4,614.19 | 4,614.19 | 527.12 |
| 13 | Wells Fargo Financial National Bank | 7100-000 | 574.00 | 625.31 | 625.31 | 71.42 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 60,945.32 | $ 33,080.54 | $ 33,080.54 | $ 3,779.06 |

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 15-28369 | BWB | Judge: | Bruce W. Black | | Trustee Name: | Zane L. Zielinski, Trustee |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Case Name: | Randall D Shields | | | | | Date Filed (f) or Converted (c): | 08/19/2015 (f) |
| | Bonnie K Shields | | | | | 341(a) Meeting Date: | 09/14/2015 |
| For Period Ending: | 11/06/2017 | | | | | Claims Bar Date: | 05/11/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Location: 430 N. Van Horn, Braceville Il 60407 | 102,000.00 | 0.00 | | 0.00 | FA |
| 2. Bmo Harris Bank Checking Acct | 98.04 | 0.00 | | 0.00 | FA |
| 3. Checking Acct Bmo Harris Bank | 6,000.00 | 0.00 | | 0.00 | FA |
| 4. Misc Household Items And Furniture | 2,000.00 | 0.00 | | 0.00 | FA |
| 5. Necessary Clothing | 300.00 | 0.00 | | 0.00 | FA |
| 6. 2007 Ford 500 With Over 120,000 Miles | 3,000.00 | 0.00 | | 0.00 | FA |
| 7. Preferential transfer to Daniel Shields. (u) | Unknown | 5,000.00 | | 2,000.00 | FA |
| 8. Sale Proceeds from Sale of 2002 Malibu Boat (u) | Unknown | 3,500.00 | | 3,500.00 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)                $113,398.04        $8,500.00                $5,500.00        $0.00

(Total Dollar Amount in Column 6)

___

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee's final report was approved, and the case will close shortly.

Initial Projected Date of Final Report (TFR): 06/30/2017    Current Projected Date of Final Report (TFR): 06/30/2017

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 15-28369 | Trustee Name: Zane L. Zielinski, Trustee |
| Case Name: Randall D Shields | Bank Name: Associated Bank |
| Bonnie K Shields | Account Number/CD#: XXXXXX1635 |
| | Checking |
| Taxpayer ID No: XX-XXX1020 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 11/06/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/03/17 | 7 | Dan Shields<br>113 W. Meadow Lane<br>Marshalltown, IA 50158 | Settlement Payment | 1241-000 | $2,000.00 | | $2,000.00 |
| 05/05/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,990.00 |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,980.00 |
| 07/10/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,970.00 |
| 07/11/17 | 8 | Randall D. Shields<br>Cashier's Check from BMO Harris Bank | Settlement Funds | 1229-000 | $3,000.00 | | $4,970.00 |
| 07/11/17 | 8 | Randall D. Shields<br>Chase Bank Cashier's Check | Settlement Funds | 1229-000 | $500.00 | | $5,470.00 |
| 09/21/17 | 5001 | Trustee Zane L. Zielinski<br>6336 N. Cicero Avenue<br>Suite 201<br>Chicago, Illinois 60646 | Distribution | | | $1,340.94 | $4,129.06 |
| | | Trustee Zane L. Zielinski | Final distribution representing a payment of 100.00 % per court order. ($1,300.00) | 2100-000 | | | |
| | | Trustee Zane L. Zielinski | Final distribution representing a payment of 100.00 % per court order. ($40.94) | 2200-000 | | | |
| 09/21/17 | 5002 | United States Bankruptcy Court | Final distribution representing a payment of 100.00 % per court order. | 2700-000 | | $350.00 | $3,779.06 |
| 09/21/17 | 5003 | Discover Bank<br>Discover Products Inc<br>Po Box 3025<br>New Albany, Oh 43054-3025 | Final distribution to claim 1 representing a payment of 11.42 % per court order. | 7100-000 | | $1,654.67 | $2,124.39 |
| 09/21/17 | 5004 | Quantum3 Group Llc As Agent For<br>Moma Funding Llc<br>Po Box 788<br>Kirkland, Wa 98083-0788 | Final distribution to claim 2 representing a payment of 11.42 % per court order. | 7100-000 | | $527.12 | $1,597.27 |

Page Subtotals: $5,500.00   $3,902.73

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |  | |
|---|---|---|---|
| Case No: | 15-28369 | Trustee Name: | Zane L. Zielinski, Trustee |
| Case Name: | Randall D Shields | Bank Name: | Associated Bank |
| | Bonnie K Shields | Account Number/CD#: | XXXXXX1635 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX1020 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/06/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/21/17 | 5005 | Pyod, Llc Its Successors And Assigns As Assignee<br>Of Citibank, N.A.<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Final distribution to claim 3 representing a payment of 11.42 % per court order. | 7100-000 | | $1,123.76 | $473.51 |
| 09/21/17 | 5006 | Capital One Bank (Usa), N.A.<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Final distribution to claim 4 representing a payment of 11.42 % per court order. | 7100-000 | | $26.54 | $446.97 |
| 09/21/17 | 5007 | Atul Sheth Md<br>C/O Collection Professionals Inc.<br>723 First St.<br>Lasalle, Il 61301 | Final distribution to claim 5 representing a payment of 11.42 % per court order. | 7100-000 | | $73.80 | $373.17 |
| 09/21/17 | 5008 | Patterson Dental Cntr.<br>C/O Collection Professionals Inc.<br>723 First St.<br>Lasalle, Il 61301 | Final distribution to claim 6 representing a payment of 11.42 % per court order. | 7100-000 | | $49.81 | $323.36 |
| 09/21/17 | 5009 | Newsome & Assoc. Ltd.<br>C/O Collection Professionals Inc.<br>723 First St.<br>Lasalle, Il 61301 | Final distribution to claim 7 representing a payment of 11.42 % per court order. | 7100-000 | | $23.42 | $299.94 |
| 09/21/17 | 5010 | Central Professional Group<br>C/O Collection Professionals Inc.<br>723 First St.<br>Lasalle, Il 61301 | Final distribution to claim 8 representing a payment of 11.43 % per court order. | 7100-000 | | $22.85 | $277.09 |
| 09/21/17 | 5011 | Kanchana Esariya-Umpai Md<br>C/O Collection Professionals Inc.<br>723 First St.<br>Lasalle, Il 61301 | Final distribution to claim 9 representing a payment of 11.43 % per court order. | 7100-000 | | $17.38 | $259.71 |
| 09/21/17 | 5012 | Harshavadan Vyas Md,Facog<br>C/O Collection Professionals Inc.<br>723 First St.<br>Lasalle, Il 61301 | Final distribution to claim 10 representing a payment of 11.42 % per court order. | 7100-000 | | $16.84 | $242.87 |
| 09/21/17 | 5013 | John M. Lancaster, Od<br>C/O Collection Professionals Inc.<br>723 First St.<br>Lasalle, Il 61301 | Final distribution to claim 11 representing a payment of 11.42 % per court order. | 7100-000 | | $8.34 | $234.53 |

Page Subtotals:    $0.00    $1,362.74

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 15-28369 | Trustee Name: Zane L. Zielinski, Trustee |
| Case Name: Randall D Shields | Bank Name: Associated Bank |
| Bonnie K Shields | Account Number/CD#: XXXXXX1635 |
| | Checking |
| Taxpayer ID No: XX-XXX1020 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 11/06/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/21/17 | 5014 | Capital One, N.A.<br>C O Becket And Lee Llp<br>Po Box 3001<br>Malvern, Pa 19355-0701 | Final distribution to claim 12 representing a payment of 11.42 % per court order. | 7100-000 | | $163.11 | $71.42 |
| 09/21/17 | 5015 | Wells Fargo Financial National Bank<br>Wells Fargo Bank, N.A.<br>Po Box 10438<br>Des Moines, Ia 50306-0438 | Final distribution to claim 13 representing a payment of 11.42 % per court order. | 7100-000 | | $71.42 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $5,500.00 | $5,500.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $5,500.00 | $5,500.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $5,500.00 | $5,500.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*  Page Subtotals: $0.00 $234.53

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1635 - Checking | $5,500.00 | $5,500.00 | $0.00 |
|  | $5,500.00 | $5,500.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| **Total Net Deposits:** | **$5,500.00** |
| **Total Gross Receipts:** | **$5,500.00** |

Page Subtotals:            $0.00        $0.00